UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Elmont Bronzini,

        Plaintiff,

                 11 Civ.2096(RWS)

 vs.

                 <u>O R D E R</u>

Classic Security L.L.C.
        Defendant.
------------------------------------X

Sweet, D.J.,

  Plaintiff filed this action on March 21, 2011 but has failed to serve defendant within 120 days of filing in violation of Rule 4(m), Fed. R. Civ. P.

  For failure to prosecute, the above-entitled action is hereby dismissed without prejudice.

  Plaintiff is given an additional thirty (30) days to show cause why the case should be reopened.

It is so ordered.

New York, NY
Sept /4/, 2011

                _____
                ROBERT W. SWEET
                 U.S.D.J.

9/14/11