UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/28/11

Eimont Bronzini – *Plaintiff*

vs.

Classic Security L.L.C. - *Defendant*

Civil Action No.: **11-CV-2096**
**Judge Sweet (RWS)**

## RESPONSE TO THE JUDGE'S ORDER

Dear Honorable Judge R.W. Sweet,

Please reopen my case Docket Number 11 CV 2096 (RSW), which was dismissed without prejudice on September 14th, 2011 by Your Order for failure to serve the Defendant within 120 days of filing in violation of Rule 4 (m), Fed. R. Civ. P.

I, Eimont Bronzini, Plaintiff, have the reasonable cause for my case to be reopened: I have been granted IFP Status by The U. S Court, and I timely delivered the service papers to the Marshals Service within 120 day period, who failed on time to serve papers to the Defendant. I was told by the clerk from *Pro Se* Office, and which is also stated in Rule 4 (m) Fed. R. Civ. P., that I had 120 days from the date stamped on the Summons to serve the Defendant – the date of the issued Summons is April 27th, 2011 (*Exhibit #1*), during which I made the Amended Complaint, delivered on the same day to *Pro Se* Office (*Exhibit #2*) and Marshals Service (*Exhibit #3*) on August 24th, 2011 (still within 120 days – within the time limit of Rule 4 (m)), but, unfortunately, Marshals Service did not have enough time (failed) to serve to the Defendant in the given time limit. I, Plaintiff, made the Amended Complaint on August 24th, 2011, which has expanded the facts of my case from original Complaint's (dated March 21st, 2011) 38 paragraphs on 14 pages to Amended Complaint's 55 paragraphs on 71 pages, because of the continued actions of discrimination and retaliation against me, Plaintiff, Fire Safety Director (FSD), and my wife FSD Lolita Bronzini (Classic Security's employee for 7 years) committed and still committing by the Defendant, Classic Security L.L.C.

Please reopen the case and grant the request for more time if made for "good cause" and please set a new date by which the Defendant must be served.

Date: September 28th, 2011

*Plaintiff,* Eimont Bronzini

E. Bronzini

O 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*Exhibit #(1)*

### for the
### Southern District of New York

Elmont Bronzini
*Plaintiff*

Civil Action No.: **11-CV-2096**
**JUDGE SWEET (RWS)**

v

Classic Security L.L.C.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

### *PRO SE* EIMONT BRONZINI
### 2251 81ST STREET # C-1
### BROOKLYN, NY 11214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

Date:  <u>April 27th , 2011</u>

*V. Jones*
_____
*Signature of Clerk or Deputy Clerk*

Exhibit #(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/24/11

_Eimont Bronzini_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Classic Security L.L.C._

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant.  Addresses should not be included here.)*

AMENDED

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

11 CIV. 2096 (RWS)

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

____X____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:** In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____X____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
***NOTE:** In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
***NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

*Rev. 05/2010*                                    1

*Exhibit #3*

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF EIMONT BRONZINI | COURT CASE NUMBER 11CIV. 2096 (RWS) |
| DEFENDANT CLASSIC SECURITY L.L.C. | TYPE OF PROCESS Summon |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CLASSIC SECURITY L.L.C.

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
40 WEST 36 STREET New York NY 10018

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| EIMONT BRONZINI 2251 81st STREET Apt C-1 BROOKLYN, NY 11214 | Number of process to be served with this Form - 285  |
| | Number of parties to be served in this case  |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

| Signature | TELEPHONE NUMBER | DATE |
|---|---|---|
| E Bronzini | 718 290374 | August 24 2011 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time am pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| | |
|---|---|
| PRIOR EDITIONS MAY BE USED | **5. ACKNOWLEDGMENT OF RECEIPT** | FORM USM-285 (Rev. 12/15/80) |