UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EIMONT BRONZINI,

                          Plaintiff,

    -against-

CLASSIC SECURITY L.L.C.,

                          Defendant.

-----------------------------------------------------------X

ORDER OF SERVICE

11 Civ. 2096 (RWS)

ROBERT W. SWEET, United States District Judge:

       The Clerk of Court is directed to re-open this case. The Amended Complaint filed August 24, 2011 is accepted. The Clerk of Court is directed to issue a Summons in this action, and Plaintiff is directed to serve the Summons and Amended Complaint upon Defendant within 120 days of the issuance of the Summons. If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

       SO ORDERED:

                                                                  ROBERT W. SWEET
                                                           United States District Judge

Dated:   10.3.11
        New York, New York