**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - -- - - - - - X
IN THE MATTER OF REASSIGNMENT

OF

 CASES FROM HON. ROBERT W. SWEET

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF REASSIGNMENT

      The cases on the attached list are reassigned to the calendar of:

HON. KATHERINE B. FORREST

      The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: November 9, 2011


Ruby J. Krajick, CLERK


Shante Jones

By: _____

Deputy Clerk




cc: Attorneys of Record

Judge Sweet to Judge Forrest

06cv2778

08cv941

10cv4796

10cv7765

10cv8504

11cv2096

11cv2995

11cv6471

11cv7210

09cv3275

03cv7770

10cv3930