UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

EIMONT BRONZINI,                                    :
                                                    :
                    Plaintiff,                      :
                                                    :
            - against -                             :        11 CIV. 2096 (KBF)
                                                    :
CLASSIC SECURITY, LLC,                              :
                                                    :
                    Defendant.                      :

---------------------------------------------------------------- x

### REVISED AFFIDAVIT OF SERVICE BY FED EX

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

     **Gail Burwa**, being duly sworn, deposes and says:

     I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

     On January 9, 2012, I served via Fed Ex true & correct copies of the within **NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)dated 1/9/11; AFFIDAVIT OF ANDREW W. SINGER dated 1/9/12 with Exhibits 1-5; and CLASSIC SECURITY, LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT dated 1/9/12;** addressed to:

Eimont Bronzini
2251 – 81st Street, Apt. C1
Brooklyn, New York 11214

Dated: New York, New York
      January 9, 2012

                             Gail Burwa, License Number 1148062
                             Tannenbaum Helpern Syracuse Hirschtritt LLP
                             900 Third Avenue
                             New York, New York 10022
                             (212) 508-6772

Sworn to before me this
9th day of  January, 2012.

Notary Public

MATTHEW R. MARON
Notary Public, State of New York
Qualified in New York County
No. 02MA6141948
Commission Expires March 6, 2014