UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

EIMONT BRONZINI,                                          :
                                                         :
                         Plaintiff,                      :
                                                         :
          - against -                                    :          11 CIV. 2096 (KBF)
                                                         :
CLASSIC SECURITY, LLC,                                   :
                                                         :
                         Defendant.                      :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Maryann C. Stallone of Tannenbaum Helpern

Syracuse & Hirschtritt LLP has been retained as an attorney for Defendant Classic

Security, LLC, appears in this action, and requests that service of all papers, and notices

of all proceedings in this action, be served upon the undersigned at the office and post

office address listed below.


Dated: New York, New York
          February 28, 2012

                                        TANNENBAUM HELPERN
                                        SYRACUSE & HIRSCHTRITT LLP

                                        By:  s/ Maryann C. Stallone
                                             Maryann C. Stallone

                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6741
                                        Email – stallone@thsh.com

                                        *Attorneys for Defendant Classic Security, LLC*


[956392-1]