UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EIMONT BRONZINI,

                Plaintiff,

              - against -                         11 CIV. 2096 (KBF)

CLASSIC SECURITY, LLC,

                Defendant.
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE BY FED EX

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK  )

       **Gail Burwa**, being duly sworn, deposes and says:

       I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

       On March 26, 2012, I served via Fed Ex true & correct copies of **CLASSIC SECURITY, LLC's REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT dated 3/26/12 with referenced case law information** addressed to:

                                  Eimont Bronzini
                                2251 – 81st Street, Apt. C1
                                Brooklyn, New York 11214

Dated: New York, New York
          March 27, 2012

                                Gail Burwa
                                Tannenbaum Helpern Syracuse Hirschtritt LLP
                                900 Third Avenue
                                New York, New York 10022
                                (212) 508-6772

Sworn to before me this
27th day of March, 2012.

_____
Olga E. Mulligan
Notary Public, State of New York
No: 01MU4989802
Qualified in Nassau County
Commission Expires February 08, 2014