UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
EIMONT BRONZINI,                                              :
                                                              :
                Plaintiff,                                :
                                                              :
        - against -                                      :    11 CIV. 2096 (KBF)
                                                              :
CLASSIC SECURITY, LLC,                                        :
                                                              :
                Defendant.                                :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE BY FED EX

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        **Gail Burwa,** being duly sworn, deposes and says:

        I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

        On May 14, 2012, I served via Fed Ex a true & correct copy of **CLASSIC SECURITY, LLC's ANSWER dated 5/14/12** addressed to:

                                    Eimont Bronzini
                                    2251 – 81st Street, Apt. C1
                                    Brooklyn, New York 11214

Dated: New York, New York
          May 14, 2012

                                    _____
                                    Gail Burwa
                                    Tannenbaum Helpern Syracuse Hirschtritt LLP
                                    900 Third Avenue
                                    New York, New York 10022
                                    (212) 508-6772

Sworn to before me this
14th day of May, 2012.

_____
Notary Public

DAVID KANFER
Notary Public, State of New York
No. 02KA6145916
Qualified in New York County
Commission Expires 6/29/2014