```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
Elmont Bronzini         Plaintiff(s),      :
                                           :     11 Civ. 2096 (KBF)
                                           :
          -v-                              :          ORDER
                                           :
                                           :
                                           :
Classic Security L.L.C.  Defendant(s).     :
                                           :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 21, 2012
```

KATHERINE B. FORREST, District Judge:

    The status conference, scheduled for June 22, 2012, at 9:00 a.m. is hereby ADJOURNED.

    **Defendant is directed to inform the plaintiff forthwith.**

    SO ORDERED:

Dated:    New York, New York
             June 21, 2012

                           *Katherine B. Forrest*
                           KATHERINE B. FORREST
                       United States District Judge