UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                  :

EIMONT BRONZINI,                  :
                                  :

               Plaintiff,   :    11 Civ. 2096 (KBF)
                                  :

         -v-                :    SCHEDULING ORDER
                                  :

CLASSIC SECURITY, LLC,       :
                                  :

              Defendant.   :
                                  :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 7 2012

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED:

1. All fact discovery shall close not later than **September 28, 2012.**

2. Should a party make a dispositive motion, the opening brief shall be served and filed not later than **October 8, 2012**; the opposition shall be served and filed not later than **November 12, 2012**; and a reply, if any, shall be served and filed not later than **November 19, 2012.**

3. All pretrial materials, including the Joint Pretrial Order ("JPTO") shall be filed not later than **December 17, 2012.**

4. Trial in this matter shall commence on **January 7, 2013.**

The Clerk of the Court is directed to mail this Order to plaintiff Eimont Bronzini at 2251 81st Street, #C-1, Brooklyn, NY 11214.

SO ORDERED.

Dated: New York, New York
      June 27, 2012

                                                          KATHERINE B. FORREST
                                           United States District Judge