**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Andrew W. Singer**
Direct Dial: (212) 508-6723
E-mail: singer@thsh.com

September 12, 2011

**VIA FEDEX**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 1 2012

    Re:    *Eimont Bronzini v. Classic Security LLC*,
            Docket No. 11 Civ. 2096

Dear Judge Forrest:

    We are the attorneys for defendant Classic Security LLC ("Classic") in the above-referenced action. In compliance with the Court's Scheduling Order, dated June 27, 2012, the parties expect documentary discovery to be concluded by the end of this week to the extent that no documents come to light during depositions. Classic has also noticed the depositions of plaintiff and plaintiff's wife, Lolita Bronzini (an employee of Classic), for September 18 and 19, 2012, respectively. The close of discovery is scheduled for no later than September 28, 2012. The Scheduling Order further provides that in the event a party intends to make a dispositive motion, the opening brief shall be served and filed no later than October 8, 2012.

    In light of the Jewish holidays, and our belief that we will need additional time after the depositions and the close of discovery to analyze the record and adequately brief the relevant issues, we respectfully request that Your Honor extend the deadline to file and serve a dispositive motion to October 22, 2012, with opposition to be served by November 21, 2012, and a reply to be served by November 29, 2012. Attached is a proposed Revised Scheduling Order reflecting the proposed dates.

Respectfully submitted,

Andrew W. Singer

cc: Eimont Bronzini (via FEDEX)