```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 1 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

EIMONT BRONZINI,

          Plaintiff,

        - against -

CLASSIC SECURITY LLC,

          Defendant.

-------------------------------------------------------------- x

11 Civ. 2096 (KBF)

REVISED SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED:

1. All fact discovery shall close not later than September 28, 2012

2. Should a party make a dispositive motion, the opening brief shall be served and filed not later than October 22, 2012; the opposition shall be served and filed not later than November 21, 2012; and a reply, if any, shall be served and filed not later than November 29, 2012.

3. All pretrial materials, including the Joint Pretrial Order ("JPTO") shall be filed not later than December 17, 2012.

4. Trial in this matter shall commence on January 7, 2013.

    The Clerk of the Court is directed to mail this Order to plaintiff Eimont Bronzini at 2251 81st Street, #C-1, Brooklyn, NY 11214.

    SO ORDERED.

Dated: New York, New York
       9/28/12

                                                KATHERINE B. FORREST
                                                United States District Judge