UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
EIMONT BRONZINI,

            Plaintiff,        :  11 CIV. 2096 (KBF)

            - against -        :  **RULE 7.1 STATEMENT**

CLASSIC SECURITY, LLC,

            Defendant.
--------------------------------------------------------------- x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Classic Security, LLC, a New York limited liability corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: New York, New York
        October 22, 2012

                                TANNENBAUM HELPERN
                                SYRACUSE & HIRSCHTRITT, LLP

                                By: _____
                                   Andrew W. Singer
                                   Maryann C. Stallone
                                900 Third Avenue
                                New York, New York 10022
                                (212) 508-6700
                                  Attorneys for Defendant