```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 24 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EIMONT BRONZINI,

                     Plaintiff,         11 Civ. 2096 (KBF)

    -v-                                    ORDER

CLASSIC SECURITY, LLC,

                     Defendant.

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    In light of this Court's Endorsement of October 1, 2012, it is hereby

    ORDERED that the parties shall jointly submit a letter to the Court indicating whether they complied with this Court's October 1, 2012, Endorsement.

    IT IS FURTHER ORDERED that if the parties have complied with that Endorsement, then they shall inform the Court of the result of their meeting.

    SO ORDERED.

Dated: New York, New York
       October 24, 2012

                                     _____
                                          KATHERINE B. FORREST
                                          United States District Judge

Copies to:

Eimont Bronzini
2251 81st Street, #C-1
Brooklyn, NY 11214