UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/12
```

__Eimont Bronzini__
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

11 Civ. 2096 (KBF)

- against -

__Classic Security LLC.__

NOTICE OF MOTION to extent time for Reply on Motion for Summary Judgment

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

PLEASE TAKE NOTICE that upon the annexed affirmation of __Eimont Bronzini__ (name) affirmed on __October 25__, 20__12__, and upon the exhibits attached thereto (delete if no exhibits), the accompanying Memorandum of Law in support of this motion (delete if there is no Memorandum of Law), and the pleadings herein, plaintiff/defendant will move this Court, before __K. B. Forest__ , United States District/Magistrate Judge, for an order
(Judge's name)                    (circle one)
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting (state what you want the Judge to order): __Extention of time to oppose Defendant's motion for Summary Judgement__

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __Brooklyn NY__          Signature __E. Bronzini__
         (city)    (state)          Address __2251 81 st, Apt. C-1__
__October 25, 2012__                       __Brooklyn NY 11214__
(month) (day) (year)              Telephone Number __718-490-3741__
                                  Fax Number (if you have one) _____

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____Eimont Bronzim_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

_____Classic Security LLC_____
                                Defendant

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

11 Civ. 2096 (KBF)

AFFIRMATION IN
SUPPORT OF MOTION to extent time for reply on Motion for Summary Judgment

I, Eimont Bronzim affirm under penalty of perjury that:
    (name)

1. I, Eimont Bronzim am the (plaintiff)/defendant in the above entitled action,
       (name)                    (circle one)
and respectfully move this Court to issue an order to extent time for Reply on Motion for Summary Judgment
                                                  (state what you want the Judge to order)

2. The reason why I am entitled to the relief I seek is the following (state all your reasons using additional paragraphs and sheets of paper as necessary): I am Prose Litigant and additionally to Reply on Motion for Summary Judgement I must to make necessary corrections on 274 pages, which I must to finish on November 17 2012 to the Transcript of Deposition, which I received on October 18th 201

WHEREFORE, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brookly , NY          Signature E. Bronzim
       (city)    (state)     Address 2251 81 Street Apt C-1
October 25, 2012                     Brooklyn, NY 11214
(month) (day) (year)         Telephone Number 718 4903741
                             Fax Number (if you have one) _____

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Eimont Bronzini__
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

__Classic Security LLC__

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

__11__ Civ. __2096 (KBF)__

**AFFIRMATION OF SERVICE**

I, __Eimont Bronzini__, declare under penalty of perjury that I have
(name)

served a copy of the attached __Notice of Motion to extent time for Reply on Motion for Summary Judgment__
(document you are serving)

upon __Andrew W. Singer__ whose address is __900 Third Ave,__
(name of person served)

__New York, NY 10022__
(where you served document)

by __Mail__
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: __Brooklyn__, __NY__
        (town/city)   (state)
__October 25th__, 20__12__
(month)   (day)   (year)

Signature: __E. Bronzini__

Address: __2251 81 st. Apt C-1__

City, State: __Brooklyn, NY 11214__

Zip Code: __11214__

Telephone Number: __718-490-3741__