UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
EIMONT BRONZINI,                                    :
                                                    :
                              Plaintiff,            :        11 Civ. 2096 (KBF)
                                                    :
               -v-                                  :        ORDER
                                                    :
CLASSIC SECURITY, LLC,                              :
                                                    :
                              Defendant.            :
                                                    :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED NOV 0 7 2012

KATHERINE B. FORREST, District Judge:

       Whereas pro se plaintiff Eimont Bronzini has moved for an extension of time

to file his opposition to defendant's motion for summary judgment, it is hereby

       ORDERED that plaintiff shall file his reply to defendant's motion not later

than **Monday, December 3, 2012**.

       The Clerk of the Court is directed to terminate the motion at Docket No. 49.

       SO ORDERED.

Dated:      New York, New York
            November 7, 2012


                                   _____
                                          KATHERINE B. FORREST
                                        United States District Judge

Copies to:

Eimont Bronzini
2251 81st Street, #C-1
Brooklyn, NY 11214