UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

EIMONT BRONZINI,                                    11 Civ. 2096 (KBF)

                                    *Plaintiff,*  :

       - v -  :

                                              :

CLASSIC SECURITY, LLC,   :

                            *Defendant.*  :

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/12

**PLAINTIFF"S LETTER TO JUDGE K.B. FORREST AFTER PLAINTIFF"S OFFICIAL REPORT ABOUT INTENTIONAL FRAUD COMMITTED BY DEFENDANT IN MOTION FOR SUMMARY JUDGEMENT**

    Your Honor Judge Katherine B. Forrest I, Plaintiff Eimont Bronzini providing to Your attention that I, Eimont Bronzini, declare under penalty or perjury that on November 5, 2012 I have served (sent) by USPS Certified Mail upon Defendant's lawyer A.W. Singer copies of my, Eimont Bronzini's Correction/Errata of Transcript's of Deposition (taken on 9/18/2012) total of 22 (twenty two) expanded pages, (which were on 11/03/2012 signed and notarized), and sent together with copies of Mrs. Lolita Bronzini's Correction/Errata of Transcript's of Deposition (taken on 9/19/2012 ) total of 20 (twenty) expanded pages, which were on 10/28/2012 signed and notarized .

    I, Plaintiff, E.Bronzini have the right to, and must to include all pages of both Corrections/Errata of Transcripts of Depositions: my (22 pages) and Mrs. L.Bronzini's (20 pages) as continuous numbered Exhibits # 290 - #331 into the documents of Discovery as the proofs of Defendant's intentionally committed acts of fraud.

Defendant intentionally changed most of answers in both Transcripts of Depositions into wanted way, changed into opposite meanings and used them already untimely and uncorrected in fraudulent way in Motion For Summary Judgment as Exhibit- G (265 pages) and Exhibit- H (57 pages), from which amount of 100+ marked as [Eimont Tr. at…..] and amount of 50+ marked as [Lolita Tr. at……] were already fraudulently used as allegedly E. Bronzini's and L.Bronzini's original answers and finally all changed answers were used as the main, documental sufficient evidences against Plaintiff.

Your Honor, Judge Katherine B. Forrest please ignore and treat as lies all numerous Defendant's provided exhibits marked as [ Eimont Tr. at….] and please treat as lies all numerous exhibits marked as [ Lolita Tr. at…..] in the Classic Security, LLC's Memorandum Of Law In Support Of It's Motion For Summary Judgment and in Classic Security, LLC's Local Civil Rule 56,1 Statement Of Facts, because in Corrections/Errata of Transcripts of Depositions answers are completely different than answers fraudulently changed by Defendant into wanted way.

Date: Brooklyn, NY  
      November 5, 2012

By: *E. Bronzini*  
Plaintiff: Eimont Bronzini

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Eimont Bronzini__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 2096 (KBF)

- against -

AFFIRMATION OF SERVICE

__Classic Security LLC__

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __Eimont Bronzini__, declare under penalty of perjury that I have
   *(name)*
served a copy of the attached __LETTER TO JUDGE K.B. FORRES__
                                 *(document you are serving)*
upon __Classic Security LLC / A.W Singer__ whose address is __900 THIRD. AVE.__
      *(name of person served)*                               __NEW YORK, NY 10022__
__Andrew W. Singer__
                  *(where you served document)*
by __CERTIFIED MAIL__
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __Brooklyn, NY__
        *(town/city)*  *(state)*
__November 5__, 20__12__
*(month)* *(day)* *(year)*

__E. Bronzini__
Signature
__2251 81st street, APT. C-1__
Address
__Brooklyn, NY__
City, State
__11214__
Zip Code
__718-490-3741__
Telephone Number

*Rev. 05/2007*