**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Maryann C. Stallone
Direct Dial: (212) 508-6741
E-mail: stallone@thsh.com

November 9, 2012

**VIA EMAIL & FIRST CLASS MAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 1 3 2012

Re:  *Eimont Bronzini v. Classic Security LLC*,
Docket No. 11 Civ. 2096

Dear Judge Forrest:

We represent the defendant Classic Security LLC ("Classic") in the above-referenced action and write in response to Plaintiff's latest submission to the Court, dated November 5, 2012, alleging that Classic committed fraud because it attached uncorrected pages of Plaintiff's and his wife's deposition transcripts in support of Classic's motion for summary judgment. (Plaintiff's submission is attached for the Court's convenience.) Plaintiff further accuses Classic of changing the answers in the deposition transcripts. There is no merit to Plaintiff's claims.

The depositions to which Plaintiff refers were taken on September 18 and 19, 2012. Per Plaintiff's request that I mail any documents to him by regular mail because he was often not at home when FEDEX attempted to deliver packages to him, I mailed the deposition transcripts of Plaintiff and Lolita Bronzini as well as courtesy copies of such transcripts to Plaintiff by first class mail on October 11, 2012 and asked him to make any changes in form or substance to the attached Errata sheets and to return the Errata sheets and executed transcripts to me by November 9, 2012. However, the Revised Scheduling Order So Ordered by this Court, dated September 28, 2012, explicitly provides that "Should a party make a dispositive motion, the opening brief shall be served and filed not later than October 22, 2012."[1] Therefore, in accordance with the Revised Scheduling Order, Classic filed its motion for summary with supporting affidavits and exhibits on October 22, 2012, which incorporated the relevant transcript pages that supported its motion.

Plaintiff's allegation that "Defendant intentionally changed most of (sic) answers in both Transcripts of Depositions into wanted way" is factually inaccurate. The testimony in the respective transcripts reflects what the court reporter from David Feldman Worldwide

---

[1] As of the date the depositions were taken, the original Scheduling Order required the parties to make their dispositive motions not later than October 8, 2012.

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Honorable Katherine B. Forrest
November 9, 2012
Page 2

contemporaneously transcribed. Moreover, we note that yesterday we received Plaintiff's proposed Errata sheets for Plaintiff's and Mrs. Bronzini's transcripts, which attempt to substantially rewrite the testimony given. We intend to reject the Errata sheets as improper.

We apologize for inconveniencing the Court with yet another letter but deemed it necessary to address Plaintiff's unsubstantiated claims.

Respectfully submitted,

Maryann C. Stallone

cc: Eimont Bronzini (via First Class Mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

EIMONT BRONZINI,                                    11 Civ. 2096 (KBF)

                          *Plaintiff,*      :

        - v -                                  :

                                       :

CLASSIC SECURITY, LLC,                              :

                        *Defendant.*     :
-------------------------------------------------------------- X

### PLAINTIFF"S LETTER TO JUDGE K.B. FORREST AFTER PLAINTIFF"S OFFICIAL REPORT ABOUT INTENTIONAL FRAUD COMMITTED BY DEFENDANT IN MOTION FOR SUMMARY JUDGEMENT

Your Honor Judge Katherine B. Forrest I, Plaintiff Eimont Bronzini providing to Your attention that I, Eimont Bronzini, declare under penalty or perjury that on November 5, 2012 I have served (sent) by USPS Certified Mail upon Defendant's lawyer A.W. Singer copies of my, Eimont Bronzini's Correction/Errata of Transcript's of Deposition (taken on 9/18/2012) total of 22 (twenty two) expanded pages, (which were on 11/03/2012 signed and notarized), and sent together with copies of Mrs. Lolita Bronzini's Correction/Errata of Transcript's of Deposition (taken on 9/19/2012 ) total of 20 (twenty) expanded pages, which were on 10/28/2012 signed and notarized .

I, Plaintiff , E.Bronzini have the right to, and must to include all pages of both Corrections/Errata of Transcripts of Depositions: my (22 pages) and Mrs. L.Bronzini's (20 pages) as continuous numbered Exhibits # 290 - #331 into the documents of Discovery as the proofs of Defendant's intentionally committed acts of fraud.

Defendant intentionally changed most of answers in both Transcripts of Depositions into wanted way, changed into opposite meanings and used them already untimely and uncorrected in fraudulent way in Motion For Summary Judgment as Exhibit- G (265 pages) and Exhibit- H (57 pages), from which amount of 100+ marked as [Eimont Tr. at.....] and amount of 50+ marked as [Lolita Tr. at......] were already fraudulently used as allegedly E. Bronzini's and L.Bronzini's original answers and finally all changed answers were used as the main, documental sufficient evidences against Plaintiff.

Your Honor, Judge Katherine B. Forrest please ignore and treat as lies all numerous Defendant's provided exhibits marked as [ Eimont Tr. at....] and please treat as lies all numerous exhibits marked as [ Lolita Tr. at.....] in the Classic Security, LLC's Memorandum Of Law In Support Of It's Motion For Summary Judgment and in Classic Security, LLC's Local Civil Rule 56,1 Statement Of Facts, because in Corrections/Errata of Transcripts of Depositions answers are completely different than answers fraudulently changed by Defendant into wanted way.

Date: Brooklyn, NY  
November 5, 2012

By: E. Bronzini  
Plaintiff: Eimont Bronzini