**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Andrew W. Singer**
Direct Dial: (212) 508-6723
E-mail: singer@thsh.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 7 2012

November 27, 2012

### VIA EMAIL AND FIRST CLASS MAIL

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, N.Y. 10007

Re:   *Eimont Bronzini v. Classic Security LLC*,
      Docket No. 11 Civ. 2096

Dear Judge Forrest:

We write on behalf of defendant Classic Security LLC ("Classic") to request an adjournment of the dates set forth in the Revised Scheduling Order, dated September 28, 2012, to file any pre-trial materials and for trial in the above-referenced matter. Currently, the Revised Scheduling Order provides that "[a]ll pretrial materials, including the Joint Pretrial Order ("JPTO") shall be filed not later than December 17, 2012." Further, the Revised Scheduling Order provides that "Trial in this matter shall commence on January 7, 2013."

In accordance with the Revised Scheduling Order, Classic filed and served its motion for summary judgment on October 22, 2012. On November 7, 2012, this Court granted Plaintiff's request for an extension of time to file his opposition to Classic's motion for summary judgment to not later than Monday, December 3, 2012. Pursuant to Local Civil Rule 6.1(b)(3), Classic's reply papers shall be served within seven days after service of the opposition papers, plus three additional days in the event Plaintiff serves his papers by first class mail. Accordingly, Classic's reply papers are to be served between December 10 and December 13, 2012.

In light of the pending motion for summary judgment, which will not be fully briefed until on or about December 13, 2012, we respectfully request that the Court adjourn the above-referenced dates for the JPTO and trial until such time as this Court has made a determination on the merits of Classic's motion for summary judgment. In the event this Court grants Classic's motion, any JPTO, or trial date for that matter, will be rendered moot and unnecessary. However, if this Court were to deny Classic's motion, we respectfully submit that the JPTO and

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Honorable Katherine B. Forrest
November 27, 2012
Page 2

all pretrial materials should be filed with the Court not later than forty-five days after the Court's denial of Classic's motion with a trial date to be set by the Court sometime thereafter.

Respectfully submitted,

Andrew W. Singer

cc: Eimont Bronzini (via FEDEX)

Ordered
---
All JPTO / trial dates adjourned until after the Court's ruling on summary judgment.

11/27/12

K. B. Forrest
USDJ

Copies to:

Eimont Bronzini
2251 81st Street
# C-1
Brooklyn, NY 11214