UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
EIMONT BRONZINI,                             :
                                             :
            Plaintiff,               :
                                             :
      - against -                          :         11 CIV. 2096 (KBF)
                                             :
CLASSIC SECURITY, LLC,                       :
                                             :
            Defendant.               :
------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **Gail Burwa**, being duly sworn, deposes and says:

      I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

      On December 13, 2012, I served via U.S. regular mail true and correct copies of **CLASSIC SECURITY, LLC's REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, dated 12/13/12; and the SUPPLEMENTAL AFFIDAVIT OF MARYANN C. STALLONE, dated 12/13/12 with Exhibits;** by depositing the true and correct copies thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State addressed to:

                                  Eimont Bronzini
                                  2251 – 81st Street, Apt. C1
                                  Brooklyn, New York 11214

Dated: New York, New York
       December 21, 2012

                                  _____
                                  Gail Burwa
                                  Tannenbaum Helpern Syracuse Hirschtritt LLP
                                  900 Third Avenue
                                  New York, New York 10022
Sworn to before me this           (212) 508-6772
21st day of December, 2012.

_____
         MATTHEW R. MARON
Notary Public     Notary Public, State of New York
               Qualified in New York County
                   No. 02MA6141948
            Commission Expires March 6, 2014