UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EIMONT BRONZINI,

                Plaintiff,                11 **CIVIL** 2096 (KBF)

      -against-                      **JUDGMENT**

CLASSIC SECURITY, LLC,
                Defendant.
-----------------------------------------------------------X

      Now before the Court is defendant's motion for summary judgment on all claims, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on April 17, 2013, having rendered its Order granting Classic's motion for summary judgment in its entirety and terminating the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 17, 2013, Classic's motion for summary judgment is granted in its entirety; accordingly, the case is terminated. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order dated April 17, 2012 would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
       April 18, 2013

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court
                               BY:
                                                    Deputy Clerk

                                                **THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON** _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/13