```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 13 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EIMONT BRONZINI,

                    Plaintiff,

        -v-

CLASSIC SECURITY, LLC,

                    Defendant.

------------------------------------------------------------X

11 Civ. 2096 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On May 9, 2013, pro se plaintiff Eimont Bronzini filed a motion for reconsideration of the Court's Order of April 17, 2013, granting defendant's motion for summary judgment. Having considered plaintiff's submissions, the Court finds that they does not meet the strict standard necessary to merit reconsideration. See Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Accordingly, the motion is DENIED.

The Clerk of Court is directed to terminate the motions at ECF Nos. 66 and 67.

SO ORDERED.

Dated:     New York, New York
              May 13, 2013

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge

Copy to:

Eimont Bronzini
2251 81st Street, #C-1
Brooklyn, NY 11214