UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :

EIMONT BRONZINI,
                        Plaintiff,   :

                              :

        -v-                      :

CLASSIC SECURITY, LLC,
                      Defendant.  :

                              :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 17 2013

11 Civ. 2096 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On May 9, 2013, pro se plaintiff Eimont Bronzini filed a motion for reconsideration of the Court's Order of April 17, 2013, granting defendant's motion for summary judgment. On May 15, 2013, he filed a second motion under Rule 59(e), essentially seeking to reargue, again, the same issues for which the Court denied his earlier motion for reconsideration. Because this motion only seeks to reargue matters already litigated and decided (twice), the Court sees no reason to alter or amend the judgment entered. See, e.g., Empresa Cubana del Tabaco v. Culbro Corp., 541 F.3d 476 (2d Cir. 2008). Accordingly, the motion is DENIED.

The Clerk of Court is directed to terminate the motion at ECF No. 69.

SO ORDERED.

Dated:     New York, New York
           May 16, 2013

                                        KATHERINE B. FORREST
                                    United States District Judge

Copy to:

Eimont Bronzini
2251 81st Street, #C-1
Brooklyn, NY 11214