PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 15, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eimont Bronzini
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 2096 (KBF)

- against -

Classic Security LLC

**NOTICE OF APPEAL
IN A CIVIL CASE**

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that ___Eimont Bronzini___
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

___Dismissal of the case___
*(describe the judgment)*

entered in this action on the __17__ day of __April__, 20__13__.
                              *(date)*           *(month)*      *(year)*

E. Bronzini
*Signature*

2251 81st Street Apt C-1
*Address*

Brooklyn, NY 11214
*City, State & Zip Code*

DATED: __15, May__, 20__13__    (718) 490 3741
                                 *Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

```
Court Name: District Court
Division: 1
Receipt Number: 465401067592
Cashier ID: lcurtis
Transaction Date: 05/15/2013
Payer Name: EIMONT BRONZINI
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: EIMONT BRONZINI
 Amount:       $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $455.00
-----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

11CV2096
```